| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 3:CR-03-00366-003 |
|---|---|---|
| | | 07 CRIM 592 DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Louis Cruz | DISTRICT Middle/Pennsylvania | DIVISION Scranton |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable A. Richard Caputo | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/25/2007 — TO 5/24/2010 |

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 5 Grams of Cocaine Base (Crack) – 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer/supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation/ supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 14, 2007
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

JUN 29 2007
*Effective Date*

*United States ~~District~~ Judge*