

P44099/M.Bravo

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**TO:**       Jim Molinelli, Miscellaneous Clerk

**FROM:**   Marcela Bravo, USPO

**RE:**       Cruz, Louis

**DATE:**    June 25, 2007

07 CRIM. 592

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On June 2 , 2005, the above-named individual was sentenced in the Middle District of Pennsylvania outlined in the attached J & C.

In June 2007, we received the Prob. 22's endorsed by the Honorable A. Richard Caputo, U.S. District Court Judge, ordering Mr. Cruz's transfer to the SD/NY.  At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated.  Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By:    _Marcela Bravo_

Marcela Bravo
U.S. Probation Officer

FILED
JUN 2 9 2007